IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL GREEN**                                                                           **PLAINTIFF**

v.                                    **CASE NO. 5:14CV00155 BSM**

**RAY HOBBS, et al.**                                                        **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* [Doc. No. 1] is denied.

2. Should plaintiff wish to continue this case, he is required to submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's complaint is dismissed without prejudice.

DATED this 5th day of June 2014.

                                                                */s/ Brian S. Miller*
                                                       UNITED STATES DISTRICT JUDGE